

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Human Resources Staff

Suite 7.100, 3CON Building
175 N Street, NE
Washington, DC 20530

(202) 252-5300
FAX (202) 252-5301

12/16/2022

Brian O'Donnell
Regional Chief Counsel
Social Security Administration
Office of the General Counsel

Dear Brian:

Pursuant to 28 U.S.C. §543, effective 12/21/2022, subject to the conditions outlined below, you are hereby appointed as a Special Assistant United States Attorney:

1. With regard to any social security matters handled, you will report to and act under the direction of the Civil Chief at any United States Attorney's Office in which the case is assigned.

2. You will comply with all conditions outlined in the attached Memorandum of Understanding.

3. This appointment will remain in effect only if you are employed with Social Security.

You must sign a copy of this letter. Your signature in the space provided below acknowledges your agreement to the terms and conditions of this appointment.

Sincerely,

*[Signature]* Digitally signed by JEWEL CAMPOS
Date: 2022.12.19 11:30:05 -05'00'

Jewel Campos
Assistant Director, Operations
Human Resources Staff, EOUSA

Attachment: Memorandum of Understanding

The foregoing terms and conditions are hereby agreed to and accepted:

BRIAN O'DONNELL   Digitally signed by BRIAN O'DONNELL
Date: 2022.12.19 13:11:26 -05'00'

_____
Signature                                                    Date